IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOHNATHAN HUDSON, SR. PLAINTIFF

v. NO. 4:25-cv-00407-LPR-PSH

UNION PACIFIC RAILROAD COMPANY DEFENDANT

# ORDER

On November 4, 2026, the Court conducted a telephone conference with the parties in this case at the behest of plaintiff Johnathan Hudson, Sr., ("Hudson"). Hudson sought the conference to discuss his allegedly thwarted, or soon to be thwarted, efforts to take the deposition of Giddeon Banks ("Banks"), an employee of defendant Union Pacific Railroad Company ("Union Pacific") who is currently on medical leave. After hearing from counsel for both parties, the Court finds the following:

(1) The Court accepts Union Pacific's representation that Banks has a medical condition. The Court also accepts that his condition should be accommodated.

(2) Within seven days of today, Wednesday, November 4, 2026, Union Pacific shall notify Hudson if Banks can appear for a deposition on a date on or before December 10, 2026.

(3) The only acceptable reason why Banks cannot appear for a deposition on a date on or before December 10, 2026, is on the advice of a physician.

(4) If Banks cannot appear for a deposition on a date on or before December 10, 2026, because of his medical condition, Union Pacific shall provide Hudson with a physician's note substantiating the condition.

(5) If Banks is unable to appear for a deposition on a date on or before December 10, 2026, or within a reasonable period of time thereafter, the Court will entertain extending the discovery deadline for the sole purpose of taking his deposition.[1]

IT IS SO ORDERED this 4th day of November, 2026.

UNITED STATES MAGISTRATE JUDGE

[1] The discovery deadline in this case is February 19, 2027. See Docket Entry 35. The motions deadline is March 22, 2027. See Id.